No. 10–234. VAIDYANATHAN v. KAPPOS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 10–247. WELLER, INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF HETHERINGTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–266. FROST ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–267. UNITED STATES EX REL. HAIGHT ET AL. v. CATHOLIC HEALTHCARE WEST ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5001. GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5004. FOSTER ET AL. v. BOOKER ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–5005. COYLE v. AQUILA, INC. C. A. 8th Cir. Certiorari denied.

No. 10–5006. MITCHELL v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–5007. MOORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5008. MURRAY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–5009. MORTON v. WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–5010. ESPINOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5011. DE LA TORRE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–5012. BOWDEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.